Todd D. Carpenter (Bar No. 234464)
todd@lcllp.com
James B. Drimmer (Bar No. 196890)
jim@lcllp.com
**LYNCH CARPENTER LLP**
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Telephone: (619) 762-1910
Facsimile: (858) 313-1850

Albert Y. Pak (Bar No. 361123)
albert.pak@pakheinz.com
Noah S. Heinz (pro hac vice forthcoming)
noah.heinz@pakheinz.com
**PAK HEINZ PLLC**
20 F St. N.W., 7th Floor
Washington, DC 20001
Telephone: (858) 314-1200

*Attorneys for Plaintiff and Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA CHERNOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLACKSTONE INC., a Delaware corporation, A PLACE FOR ROVER, INC., a Delaware corporation, ROVER GROUP, INC., a Delaware corporate dba ROVER/ROVER.COM, and DOES 1–50, inclusive,<br><br>Defendants. | Case No. 3:25-cv-00923-BEN-MSB<br><br>**RULE 41(A) DISMISSAL OF BLACKSTONE INC. WITHOUT PREJUDICE**<br><br>The Hon. Roger T. Benitez |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ana Chernov, through her undersigned counsel, in her individual capacity, and solely on her own behalf, hereby dismisses Blackstone Inc. from the above-captioned case, and all claims asserted against Blackstone Inc. therein, without prejudice.

DATED: June 3. 2025

**LYNCH CARPENTER. LLP**

By  */s/ Todd D. Carpenter*
Todd D. Carpenter (Bar No. 234464)
todd@lcllp.com
James B. Drimmer (Bar No. 196890)
jim@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Telephone: (619) 762-1910
Facsimile: (858) 313-1850

**PAK HEINZ PLLC**
Albert Y. Pak (Bar No. 361123)
albert.pak@pakheinz.com
Noah S. Heinz (*pro hac vice* forthcoming)
noah.heinz@pakheinz.com
20 F St. N.W., 7th Floor
Washington, DC 20001
Telephone: (858) 314-1200

*Attorneys for Plaintiff and Proposed Class Counsel*