**LYNCH CARPENTER LLP**
Todd D. Carpenter (CA 234464)
todd@lcllp.com
James B. Drimmer (CA 196890)
jim@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Telephone:   (619) 762-1900
Facsimile:   (858) 313-1850

**PAK HEINZ PLLC**
Albert Y. Pak (*pro hac vice* forthcoming)
albert.pak@pakheinz.com
Noah S. Heinz (*pro hac vice* forthcoming)
noah.heinz@pakheinz.com
20 F St. N.W. 7th Fl.
Washington, DC 20001
Telephone:   (202) 505-6350

*Attorneys for Plaintiff and
Proposed Class Counsel*

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA CHERNOV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BLACKSTONE, Inc., a Delaware corporation, A PLACE FOR ROVER, Inc., a Delaware corporation, ROVER GROUP, INC., a Delaware corporation, dba ROVER/ROVER.COM, and DOES 1-50, inclusive,<br><br>Defendants. | Case No.: 3:25-cv-00923-RSH-MSB<br><br>**RULE 41(A) DISMISSAL OF A PLACE FOR ROVER, INC. AND ROVER GROUP, INC. WITH PREJUDICE** |

NOTICE OF VOLUNTARY DISMSISAL WITH PREJUDICE
No. 3:25-CV-00923-RSH-MSB

Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Ana Chernov, through her undersigned counsel, in her individual capacity, and solely on her own behalf, hereby dismisses A Place for Rover, Inc. and Rover Group, Inc. (collectively, "Rover") from the above-captioned case, and all claims asserted against Rover therein, with prejudice.

Dated: July 10, 2025

**LYNCH CARPENTER LLP**

By: /s/ *Todd D. Carpenter*
Todd D. Carpenter (CA 234464)
todd@lcllp.com
James B. Drimmer (CA 196890)
jim@lcllp.com
9171 Towne Centre Drive, Suite 180
San Diego, CA 92122
Telephone:  (619) 762-1910
Facsimile:  (858) 313-1850

**PAK HEINZ PLLC**
Albert Y. Pak (*pro hac vice* forthcoming)
albert.pak@pakheinz.com
Noah S. Heinz (*pro hac vice* forthcoming)
noah.heinz@pakheinz.com
20 F St. N.W. 7th Fl.
Washington, DC 20001
Telephone:  (202) 505-6350

*Attorneys for Plaintiff and Proposed Class Counsel*